# Court of Appeals
# of the State of Georgia

ATLANTA,  November 07, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0442.  CHARLES DIKE v. NISSAN NORTH AMERICA, INC.**

Charles Dike sued Nissan North America, Inc. in magistrate court and won a judgment in his favor.  Nissan filed a de novo appeal to state court, which granted summary judgment to Nissan.  Dike then appealed directly to this Court.  Because the state court's order disposed of a de novo appeal from a magistrate court decision, Dike was required to follow the discretionary appeal procedure set forth in OCGA § 5-6-35 (b).  See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  Dike's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/07/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*